# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | : | |
|---|---|---|
| **AMERICAN ELECTRIC POWER** | : | |
| **SERVICE CORPORATION, et al.,** | : | |
| | : | |
| Plaintiffs, | : | Case No. 2:10-cv-00984 |
| | : | |
| v. | : | JUDGE ALGENON L. MARBLEY |
| | : | |
| **DEKORON UNITHERM LLC,** | : | MAGISTRATE JUDGE MARK R. ABEL |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

This matter is before the Court on Defendant Dekoron Unitherm LLC's Motion to Dismiss the Complaint for failure to state a claim.  On February 24, 2001, the Plaintiffs filed an Amended Complaint.  Accordingly, Defendant's Motion to Dismiss is **MOOT**.

**IT IS SO ORDERED**

                                                                  s/Algenon L. Marbley
                                                        **ALGENON L. MARBLEY**
                                                        **UNITED STATES DISTRICT COURT**

**Dated: May 31, 2011**